IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:12-cv-23847-CW-Middlebrooks

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

RETAIL CONVERGENCE.COM, LP,
D/B/A RUE LA LA, INC.

        Defendant.
_____/

## JOINT MOTION FOR STIPULATION OF DISMISSAL

The parties hereby jointly move this Court for entry of a stipulation of dismissal with prejudice of the instant action pursuant to a Settlement Agreement, which has been executed by the parties, and further move this Court to dismiss with prejudice all claims, counterclaims, and all other claims raised or asserted in this action.  Each party bears its own costs and attorneys fees.

Respectfully submitted,

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| /s William R. McMahon | /s Paul Aiello |
| William R. McMahon | Paul Aiello, Esq. |
| bill@mlfllc.com | paiello@baclawfirm.com |
| McMahon Law Firm, LLC | Bennett Aiello & Cohen |
| 11435 West Palmetto Park Road | The Ingraham Building, Suite 808 |
| Suite E | 25 Southeast Second Avenue |
| Boca Raton, Florida 33428 | Miami, Florida 33131-1603 |
| (561) 218-4300 | (305) 358-9011 |
| (561) 807-5900 (Facsimile) | (305) 358-9012 (Facsimile) |

Attorneys for ARRIVALSTAR S.A.

1

|  |  |
|---|---|
| and MELVINO TECHNOLOGIES LIMITED | Brett A. Schatz<br>bschatz@whepatent.com<br>WOOD, HERRON & EVANS, L.L.P.<br>441 Vine Street, 2700 Carew Tower<br>Cincinnati, Ohio 45202<br>(513) 241-2324<br>(513) 241-6234 (Facsimile)<br><br>Attorneys for RETAIL CONVERGENCE.COM, LP, D/B/A RUE LA LA, INC. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic mail on February 13, 2013, on all counsel or parties of record on the Service List below.

    William R. McMahon
    bill@mlfllc.com
    McMahon Law Firm, LLC
    11435 West Palmetto Park Road
    Suite E
    Boca Raton, Florida 33428

        /s Paul Aiello
        Paul Aiello, Esq.
        paiello@baclawfirm.com
        Bennett Aiello & Cohen
        The Ingraham Building, Suite 808
        25 Southeast Second Avenue
        Miami, Florida 33131-1603
        (305) 358-9011
        (305) 358-9012 (Facsimile)